UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PHILLIP K. HARGROVE AND )
KAREN HARGROVE, )
    )
          Plaintiffs, )
    ) Case No. 2:05-CV-02009-JWL-GLR
vs. )
    )
AUTO CLUB FAMILY )
INSURANCE CO., )
    )
          Defendant. )

## PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY

Plaintiffs Phillip K. Hargrove and Karen Hargrove, by and through counsel, and offers their page and line designations of deposition testimony to be read at trial, as follows:

### DESIGNATION OF TESTIMONY FROM
### THE DEPOSITION OF STEVEN G. FIGGS

P. 3, ll. 7-10
P. 3, ll. 20-24
P. 5, l. 16 – P. 6, l. 3
P. 23, l. 22 – P. 24, l. 4
P. 27, l. 24 – P. 28, l. 8
P. 29, ll. 5-12
P. 29, l. 24 – P. 30, l. 5
P. 30, ll. 13-17
P. 34, ll. 3-13
P. 34, l. 24 – P. 35, l. 3
P. 36, l. 19 – P. 37, l. 7
P. 53, ll. 13-22
P. 56, l. 25 – P. 57, l. 22
P. 58, l. 2 – P. 59, l. 15
P. 63, l. 12 – P. 64, l. 8
P. 67, ll. 6-15
P. 68, ll. 5-8
P. 70, l. 21 – P. 71, l. 16
P. 78, l. 12 – P. 79, l. 18
P. 80, l. 21 – P. 81, l. 23
P. 82, l. 4 – P. 83, l. 7

P. 84, l. 7 – P. 85, l. 2
P. 88, l. 6 – P. 89, l. 24
P. 90, ll. 5-15
P. 94, l. 23 – P. 95, l. 24
P. 102, ll. 2-6
P. 107, ll. 14-25
P. 108, ll. 2-9
P. 113, l. 22 – P. 114, l. 16
P. 124, l. 11 – P. 125, l. 1
P. 139, ll. 16-25
P. 143, ll. 12-16

## DESIGNATION OF TESTIMONY FROM
## THE DEPOSITION OF MARCIA A. GEORGE

P. 6, ll. 6-10
P. 9, ll. 14-19
P. 9, ll. 24-25
P. 12, ll. 1-5
P. 12, ll. 9-14
P. 15, ll. 11-14
P. 51, ll. 11-24
P. 59, ll. 13-19
P. 59, l. 23 – P. 60, l. 5
P. 64, ll. 6-8
P. 64, l. 25 – P. 65, l. 4
P. 65, l. 24 – P. 66, l. 7
P. 66, l. 25 – P. 68, l. 15
P. 71, ll. 8-12
P. 92, l. 22 – P. 93, l. 17
P. 95, l. 23 – P. 96, l. 3
P. 97, ll. 11-22
P. 98, ll. 16-21
P. 106, l. 25 – P. 107, l. 14
P. 112, ll. 9-17
P. 113, l. 14 – P. 114, l. 11
P. 115, ll. 1-19
P. 119, ll. 18-25
P. 120, ll. 6-8
P. 121, ll. 6-25
P. 123, l. 18 – P. 124, l. 7
P. 125, ll. 14-18
P. 126, l. 19 – P. 127, l. 5
P. 131, l. 18 – P. 132, l. 10
P. 132, l. 17 – P. 133, l. 1

P. 133, l. 25 – P. 134, l. 10
P. 135, l. 16 – P. 136, l. 20
P. 137, ll. 11-22
P. 139, l. 23 – P. 140, l. 5
P. 140, l. 13 – P. 141, l. 21
P. 148, l. 15 – P. 149, l. 11
P. 151, ll. 6-14
P. 151, l. 24 – P. 153, l. 3
P. 153, ll. 8-11
P. 154, l. 25 – P. 155, l. 15
P. 159, l. 24 – P. 160, l. 14
P. 165, l. 15 – P. 166, l. 17
P. 167, ll. 4 – 4
P. 167, ll. 7-15
P. 167, ll. 18-23
P. 172, l. 17 – P. 173, l. 4

## DESIGNATION OF TESTIMONY FROM
## THE DEPOSITION OF DOUGLAS E. YODER

P. 4, ll. 9-13
P. 14, ll. 11-16
P. 14, l. 22 – P. 15, l. 1
P. 18, l. 18 – P. 19, l. 5
P. 28, l. 25 – P. 29, l. 7
P. 38, ll. 9-14
P. 41, l. 6 – P. 42, l. 7
P. 42, l. 20 – P. 45, l. 2
P. 49, ll. 6-12
P. 60, l. 7 – P. 61, l. 7
P. 63, l. 21 – P. 64, l. 1
P. 64, l. 21 – P. 65, l. 5
P. 65, ll. 17-24
P. 66, ll. 7-17
P. 67, ll. 3-15
P. 68, ll. 14-24
P. 69, ll. 6-10
P. 69, l. 25 – P. 70, l. 23
P. 75, l. 17 – P. 76, l. 14
P. 77, l. 25 – P. 78, l. 14
P. 79, l. 24 – P. 80, l. 15
P. 85, l. 21 – P. 86, l. 4
P. 88, l. 12 (beginning with "So just to boil…") – P. 89, l. 3
P. 95, ll. 10 (beginning with "So is it a…") – 13

P. 107, ll. 12-24
P. 107, l. 25 (beginning with "And that's understood") – P. 108, l. 2
P. 132, ll. 8-11
P. 136, ll. 6-10
P. 137, l. 15 – P. 138, l. 9
P. 140, l. 18 – P. 142, l. 24
P. 144, l. 15 – P. 145, l. 8

## DEPOSITION OF TESTIMONY FROM
## THE DEPOSITION OF THOMAS B. LEWIS

P. 3, ll. 21-23
P. 6, ll. 9-14
P. 20, ll. 21-24
P. 21, ll. 9-12
P. 23, ll. 7-17
P. 30, l. 24 – P. 31, l. 10
P. 33, ll. 3-6
P. 35, ll. 4-11
P. 46, ll. 22-24
P. 47, l. 24 – P. 48, l. 5
P. 48, l. 10 – P. 49, l. 3
P. 54, ll. 14-22
P. 60, l. 11 – P 61, l. 25
P. 89, l. 3 – P. 90, l. 3
P. 90, l. 22 – P 91, l. 10
P. 92, l. 6, P. 93, l. 2
P. 93, l. 6
P. 94, ll. 18-23
P. 95, ll. 1-3
P. 97, l. 24 – P. 100, l. 23
P. 103, l. 5 – P 105, l. 13
P. 112, ll. 4-24
P. 114, ll. 1-6
P. 115, l. 21 – P 118, l. 21
P. 131, l. 22 – P 135, l. 12
P. 136, l. 24 – P.137, l. 25
P. 138, ll. 19-23
P. 139, ll. 12-15
P. 139, l. 19 – P. 141, l. 8
P. 143, ll. 5-12
P. 145, l. 5 – P. 147, l. 3
P. 147, l. 5 (beginning with "This hail storm . . .") – P. 148, l. 12
P. 148, l. 19 – P. 150, l. 3

P. 150, ll. 12-16
P. 151, l. 25 – P. 152, l. 7
P. 175, ll. 17-24
P. 176, ll. 7-16
P. 179, ll. 20-24
P. 189, l. 22 – P. 190, l. 10
P. 190, ll. 14-15
P. 192, l. 2 – P. 195, l. 13
P. 197, l. 16 – P. 198, l. 5
P. 198, ll. 15-21
P. 199, l. 15 – P. 200, l. 4
P. 201, l. 15 – P. 202, l. 2
P. 214, l. 24 – P. 215, l. 8
P. 219, l. 21 – P. 221, l. 3
P. 230, l. 16 (beginning with 2nd sentence) – l. 23
P. 248, ll. 7-18

## DESIGNATION OF TESTIMONY FROM
## THE DEPOSITION OF STEVEN BRUENING

P. 4, ll. 13-14
P. 4, ll. 18-19
P. 5, l. 4(beginning with 2nd sentence) – l. 25
P. 7, l. 9(beginning with 1st sentence) – l. 10
P. 7, l. 11(beginning with 1st sentence) – l. 16
P. 8, l. 6(beginning with 1st sentence) – l. 15
P. 8, l. 24 – P. 9, l. 1
P. 11, ll. 16-24
P. 19, ll. 4-7
P. 85, l. 23(beginning with 1st sentence) – P. 86, l. 3
P. 88, ll. 9-17
P. 101, l. 22 – P. 102, l. 1
P. 108, l. 13(beginning with 1st sentence) – l. 16
P. 109, ll. 9-13
P. 116, l. 22 – P. 117, l. 4
P. 117, ll. 9-11
P. 117, ll. 15-19
P. 117, l. 20(beginning with 1st sentence) – P. 118, l. 10
P. 140, ll. 6-18
P. 143, l. 4(beginning with 1st sentence) – l. 13
P. 144, l. 16(beginning with 1st sentence) – l. 24
P. 179, l. 20(beginning with "do you...") – l. 25
P. 180, l. 1(beginning with 2nd sentence) – l. 5
P. 180, l. 6 (beginning with 2nd sentence) – l. 13
P. 181, l. 12(beginning with 2nd sentence) – l. 18

P. 181, l. 19(beginning with 2nd sentence) – l. 20
P. 182, ll. 5-8
P. 198, l. 18(beginning with 2nd sentence) – l. 21
P. 202, l. 22(beginning with 2nd sentence) – P. 203, l. 1
P. 203, l. 2(beginning with 2nd sentence) – l. 8
P. 209, l. 23 – P. 210, l. 9
P. 219, l. 10 – P. 220, l. 18
P. 220, l. 24 – P. 221, l. 3
P. 221, l. 4(beginning with 1st sentence) – P. 222, l. 20
P. 222, ll. 24-25
P. 223, l. 1(beginning with 1st sentence) – l. 4
P. 268, l. 20 – P. 269, l. 16
P. 308, l. 15 – P. 309, l. 2
P. 335, l. 10(beginning with 1st sentence) – P. 336, l. 9
P. 424, l. 16(beginning with 1st sentence) – l. 19
P. 425, ll. 14-23
P. 439, l. 22(beginning with 1st sentence) – l. 24
P. 440, ll. 5-7

## DESIGNATION OF TESTIMONY FROM
## THE DEPOSITION OF MERVIL DENNIS SMITH

P. 4, ll. 14-16
P. 4, l. 22 – P. 5, l. 5
P. 20, ll. 2-8
P. 22, l. 25 – P. 23, l. 9
P. 23, l. 15 – P. 25, l. 14
P. 27, ll. 18-24
P. 29, l. 4 – P. 30, l. 5
P. 32, l. 8 – P. 33, l. 8
P. 34, l. 8 – P. 35, l. 14
P. 35, l. 21 – P. 36, l. 3
P. 38, ll. 1-5
P. 41, l. 7 – P. 42, l. 1
P. 42, l. 23 – P. 43, l. 8
P. 45, ll. 15-21
P. 47, l. 15 – P. 48, l. 21
P. 49, l. 18 – P. 50, l. 3
P. 50, l. 21 – P. 52, l. 4
P. 52, l. 15 – P. 53, l. 25
P. 54, ll. 10-16
P. 61, l. 6 – P. 63, l. 1
P. 63, l. 4 – P. 64, l. 20
P. 70, ll. 5-21
P. 71, l. 3(beginning with the 3rd sentence) – l. 10

P. 73, ll. 5-14
P. 76, ll. 11-13
P. 76, ll. 15-16
P. 77, l. 1 – P. 80, l. 4
P. 80, l. 15 – P. 81, l. 6
P. 81, l. 10(beginning with 2nd sentence) – l. 12
P. 81, l. 13(beginning with 2nd sentence) – l. 15
P. 81, l. 16(beginning with 2nd sentence) – l. 18
P. 81, l. 20(beginning with 2nd sentence) – P. 83, l. 2
P. 83, l. 25 (beginning with 2nd sentence) – P. 84, l. 10
P. 84, l. 19 – P. 85, l. 10
P. 91, l. 15(beginning with 2nd sentence) – P. 93, l. 12
P. 96, l. 20 – P. 97, l. 24
P. 102, l. 24 – P. 103, l. 7
P. 103, ll. 12-20
P. 105, ll. 13-22
P. 106, ll. 2-7
P. 106, l. 21 – P. 107, l. 3
P. 108, ll. 9-24
P. 109, l. 19 – P. 110, l. 2
P. 111, l. 23 – P. 113, l. 4
P. 113, l. 19 – P. 114, l. 2
P. 122, ll. 8-16
P. 125, ll. 13(beginning with 2nd sentence) – 16
P. 125, l. 17 (beginning with 2nd sentence) – P. 126, l. 3
P. 129, ll. 2-3
P. 130, l. 20 – P. 131, l. 10
P. 137, l. 9 – P. 138, l. 5
P. 146, ll. 8-18
P. 146, l. 21(beginning with 2nd sentence) – P. 147, l. 1
P. 147, ll. 17-21
P. 149, ll. 1-6

## DESIGNATION OF TESTIMONY FROM
## THE DEPOSITION OF JAMES ROBERT STRIKE

P. 5, ll. 4-8
P. 12, ll. 9-14
P. 12, ll. 20 – P. 13, l. 1
P. 14, ll. 5 ("Do you believe . . .) – 10
P. 14, l. 14 – P. 15, l. 3
P. 15, l. 19 – P. 16, l. 5
P. 16, l. 20 – P 17, l. 21
P. 18, ll. 15-21
P. 19, l. 16 – P. 20, l. 14
P. 41, ll. 14-24

P. 42, l. 24 – P. 43, l. 18
P. 44, ll. 2-6
P. 44, ll. 9-25
P. 45, ll. 12-15
P. 46, ll. 1-17
P. 49, l. 9 – P. 50, l. 1
P. 50, l. 25 – P. 52, l. 1
P. 52, ll. 12-17 (examples,)
P. 52, l. 20 – P. 53, l. 11
P. 53, ll. 14-21
P. 54, ll. 8-16
P. 61, ll. 7-20
P. 64, ll. 9-21
P. 73, ll. 3-6
P. 74, ll. 2-6
P. 74, ll. 11-15
P. 77, ll. 5-10
P. 77, l. 20 – P. 78, l. 10
P. 78, l. 21 – P. 80, l. 6
P. 80, ll. 12-13
P. 80, l. 22 – P. 81, l. 1
P. 81, l. 13 – P. 82, l. 7
P. 83, ll. 1-5
P. 85, ll. 2-8
P. 86, ll. 11-25
P. 87, l. 16 – P. 88, l. 1
P. 88, ll. 6-19
P. 89, ll. 6-21
P. 90, ll. 9-25
P. 95, ll. 2-6
P. 95, ll. 11-19
P. 114, l. 11 – P. 115, l. 23
P. 116, l. 8 – P. 118, l. 18
P. 119, l. 10 (" . . . , I don't think . . .") – P. 120, l. 18
P. 122, l. 21 – P. 123, l. 12
P. 123, ll. 23-25
P. 124, ll. 19-24
P. 125, ll. 12-14
P. 125, ll. 5-10
P. 128, ll. 4-7
P. 128, l. 20 – P. 129, l. 15
P. 130, ll. 3-8
P. 145, l. 9 – P. 146, l. 8
P. 148, l. 4 – P. 149, l. 15
P. 154, l. 18 – P. 156, l. 12
P. 163, l. 10 – P. 164, l. 7

P. 168, l. 10 ("Putting aside . . .") – P. 169, l. 2
P. 169, l. 22 ("So right now . . .") – P. 170, l. 5
P. 171, ll. 10-22
P. 171, l. 24 ("I just want . . .") – P. 172, l. 1
P. 175, l. 17 – P. 176, l. 23
P. 177, l. 21 – P. 178, l. 5
P. 178, ll. 9-10
P. 178, l. 11 ("Okay. . . .") – 17
P. 184, ll. 17-20
P. 184, l. 24 ("Sir, . . .") – P. 185, l. 9
P. 185, l. 21 (". . . Do you know . . .") – P. 187, l. 7
P. 189, l. 3 – P. 190, l. 13
P. 190, l. 16 – P. 193, l. 9
P. 194, l. 14 – P. 198, l. 24
P. 199, l. 18 – P. 200, l. 20
P. 201, l. 12 – P. 202, l. 6
P. 205, ll. 3 ("There's a discussion . . .") – 11
P. 211, ll. 6-15
P. 212, l. 1
P. 212, ll. 2 ("Do you recall . . .") – 9
P. 212, l. 12
P. 212, l. 13 ("You don't know . . .") – P. 213, l. 1
P. 234, l. 13 – P. 235, l. 4
P. 235, ll. 10-11
P. 235, l. 12 ("That's all I'm . . .") – P. 236, l. 14
P. 236, l. 18 ("Do you have . . .") – P. 240, l. 14
P. 249, l. 18 – P. 250, l. 1
P. 251, ll. 6-16
P. 254, ll. 5-14
P. 254, ll. 18 ("You were not . . .") – 20
P. 259, ll. 1 ("Do you understand . . .") – 6
P. 259, ll. 13-20
P. 259, l. 21 ("So if I understand . . .") – P. 260, l. 14 (ending with "painting;")
P. 260, ll. 18-19
P. 260, l. 20 ("Do you know . . .") – P. 261, l. 3
P. 271, l. 13 – P. 272, l. 12
P. 272, ll. 18-20
P. 272 l. 21 ("Is it any kind . . .") – P. 273, l. 14
P. 273, l. 20
P. 279, l. 9 – P. 280, l. 3
P. 281, ll. 14-22
P. 282, ll. 2-4
P. 283, l. 21 ("Mr. Strike, the court . . .") – P. 284, l. 15
P. 285, ll. 6 ("Let me direct. . .") – 23
P. 286, l. 18 – P. 287, l. 5
P. 287, l. 9 – P. 288, l. 4

P. 288, l. 8
P. 288, ll. 9 ("Today's the first . . . ") -16
P. 288, ll. 20 ("Sir, the court reporter . . .") – 25
P. 289, ll. 3 ("Do you know if . . .") – 15
P. 289, l. 23 ("And it also . . .") – P. 290, l. 14
P. 290, l. 23 ("Your answer . . .") – P. 291, l. 15
P. 291, l. 20 – P. 292, l. 3
P. 292, l. 6
P. 293, ll. 8 ("Sir, the court reporter . . .") – 20
P. 294, ll. 5 ("Auto Club Family . . .") – 13
P. 297, ll. 8 ("Paragraph D . . .") -19
P. 298, l. 2
P. 298 ll. 3 ("And Paragraph 3. . .") – 10
P. 298, l. 13
P. 298, ll. 14 ("Do you know . . .") – 22
P. 299, l. 3
P. 299, ll. 4 ("You just don't . . .") – 6
P. 299 l. 21 ("Mr. Srike, I've just . . .") – P. 300, l. 17

## DEPOSITION OF TESTIMONY FROM
## THE DEPOSITION OF BRIAN T. HALVERSON

P. 4, ll. 7-9
P. 7, l. 9 – P. 8, l. 25
P. 9, ll. 5-12
P. 9, ll. 19-23
P. 11, l. 7 – P. 12, l. 20
P. 18, l. 25 – P. 20, l. 11
P. 21, l. 16 – P. 22, l. 1
P. 31, l. 20 – P. 33, l. 1
P. 35, l. 1 – P. 36, l. 24
P. 49, ll. 7-12
P. 50, l. 14 – P. 51, l. 22
P. 59, ll. 7-15
P. 60, ll. 1-14
P. 60, l. 18 – P. 61, l. 3
P. 87, l. 15 – P. 91, l. 5
P. 111, ll. 14-15
P. 111, l. 19 – P. 113, l. 24
P. 115, ll. 12-15
P. 115, l. 21 – P. 116, l. 21
P. 132, l. 15 – P. 136, l. 17
P. 141, ll. 15-19

# DESIGNATION OF TESTIMONY FROM THE DEPOSITION OF JAMES WELCH

P. 7, ll. 12-14
P. 9, ll. 11-17
P. 9, l. 24 – P. 11, l. 19
P. 76, l. 22 – P. 77, l. 5
P. 77, ll. 14-23
P. 79, l. 9 – P. 80, l. 6
P. 81, l. 6 – P. 88, l. 15
P. 88, l. 23 - P. 89, l. 6
P. 89, l. 9 – P. 89, l. 16
P. 90, l. 7 – P. 91, l. 9
P. 92, ll. 7-21
P. 93, l. 22 – P. 94, l. 2
P. 94, l. 8 – P. 96, l. 22
P. 97, ll. 2-22
P. 98, l. 1 – P. 99, l. 4
P. 99, l. 9 – P. 102, l. 8
P. 102, l. 12 – P. 104, l. 3
P. 104, l. 8 – P. 105, l. 5
P. 105, l. 17 – P. 106, l. 7
P. 107, l. 9 – P. 110, l. 9
P. 110, l. 10(beginning with "The language in the…") – P. 111, l. 1
P. 111, l. 7 – l. 20
P. 111, l. 22 – P. 113, l. 18
P. 114, l. 25 – P. 115, l. 5
P. 115, ll. 8-22
P. 116, ll. 2-13
P. 116, l. 14(beginning with "So one of…") – P. 117, l. 14
P. 117, l. 23 – P. 118, l. 16
P. 119, ll. 15-18
P. 120, l. 1 – P. 121, l. 12
P. 121, l. 16 – P. 123, l. 10
P. 123, l. 15 – P. 124, l. 10
P. 124, ll. 16-23
P. 124, l. 24(beginning with "He says in…") – P. 125, l. 15
P. 125, l. 22 – P. 127, l. 3
P. 127, ll. 8-17
P. 127, ll. 19-24
P. 128, ll. 3-13
P. 129, l. 17 – P. 131, l. 15
P. 131, ll. 21-24
P. 132, ll. 5-8
P. 132, l. 12 – P. 134, l. 6
P. 134, l. 12 – P. 136, l. 12

P. 136, l. 17 – P. 137, l. 14
P. 137, l. 18 – P. 139, l. 9
P. 139, ll. 14-22
P. 140, l. 10 – P. 141, l. 3
P. 141, ll. 7-16
P. 141, l. 23 – P. 142, l. 18
P. 142, l. 22 – P. 143, l. 9
P. 143, ll. 16-22
P. 143, l. 25 – P. 144, l. 4
P. 144, ll. 7-19
P. 144, l. 25 – P. 145, l. 15
P. 146, l. 25 – P. 147, l. 12
P. 147, ll. 20-24
P. 148, ll. 2-10
P. 151, ll. 7(beginning with "And the question...") – l. 15
P. 152, ll. 5-10
P. 152, ll. 13-14
P. 152, l. 20 – P. 153, l. 9
P. 153, ll. 16-20
P. 153, l. 23 – P. 154, l. 3
P. 154, ll. 6-11
P. 154, ll. 13-19
P. 154, l. 22 – P. 155, l. 2
P. 155, ll. 5-9
P. 155, ll. 12-20
P. 155, l. 24 – P. 156, l. 18
P. 157, ll. 3-9
P. 158, l. 10 – P. 159, l. 1
P. 159, ll. 8-15
P. 160, l. 19 – P. 163, l. 13
P. 163, l. 20 – P. 164, l. 5
P. 164, ll. 8-10
P. 164, l. 12 – P. 165, l. 6
P. 165, ll. 8-13
P. 165, ll. 15-16
P. 165, l. 20 – P. 166, l. 1
P. 166, l. 5 – P. 167, l. 7
P. 167, ll. 11 – 13
P. 167, ll. 15-19
P. 167, l. 22 – P. 168, l. 1
P. 168, ll. 3-8
P. 168, l. 14 – P. 169, l. 23
P. 170, ll. 4-9
P. 170, l. 25 – P. 171, l. 9
P. 171, ll. 15-25
P. 172, ll. 5-8

P. 172, ll. 10-14
P. 172, ll. 16-20
P. 172, l. 22 – P. 173, l. 2
P. 173, ll. 4-10
P. 173, l. 13 – P. 174, l. 4
P. 174, ll. 8-14
P. 174, l. 15(beginning with "And you have...") – P. 175, l. 6
P. 176, ll. 1-6
P. 176, l. 10 – P. 177, l. 19
P. 177, l. 25 – P. 178, l. 3
P. 179, l. 1 – P. 180, l. 22
P. 181, ll. 3-8
P. 181, ll. 10-24
P. 182, ll. 2-10
P. 182, ll. 13-15
P. 182, l. 17
P. 183, ll. 1-9
P. 184, l. 11 – P. 185, l. 1
P. 185, l. 8
P. 185, l. 14 – P. 186, l. 3
P. 187, ll. 8-18
P. 187, l. 23 – P. 188, l. 3
P. 188, l. 5 – P. 189, l. 2
P. 227, ll. 5-7
P. 227, ll. 16-19
P. 229, l. 25 – P. 231, l. 22
P. 232, ll. 1-7
P. 232, l. 9

Respectfully submitted,


/s/ Jonathan P. Kieffer
Thomas P. Cartmell             KS #17020
Jonathan P. Kieffer            KS #18707
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
PH (816) 701-1100   FAX (816) 531-2372

Eugene R. Anderson
Anderson Kill & Olick, P.C.
1251 Avenue Of The Americas
New York, NY 10020
(212) 278-1000   FAX (212) 278-1733

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 13th day of June, 2006 the above and foregoing document was sent via facsimile and electronically filed, and notification of such filing was made by the Court via e-mail to all counsel electronically registered with the Court.

/s/ Jonathan P. Kieffer
Attorney