UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PHILLIP K. HARGROVE AND KAREN HARGROVE, | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 2:05-CV-02009-JWL-GLR |
| vs. | ) ) |
| AUTO CLUB FAMILY INSURANCE CO., | ) ) ) |
| Defendant. | ) |

### PLAINTIFFS' PHILLIP AND KAREN HARGROVE'S RESPONSE TO DEFENDANT'S SEVENTH MOTION IN LIMINE

Plaintiffs Phillip and Karen Hargrove, by and through counsel, offer their response to Defendant's Seventh Motion in Limine related to "Evidence Concerning Plaintiffs' Interpretation of Kansas Law."

1. Plaintiffs' counsel does not intend at trial to present either Mr. or Mrs. Hargrove as any kind of an expert on the provisions of Kansas law or to ask them to offer legal conclusions about the applicability of Kansas statutes and regulations to their claim. To that extent, plaintiffs do not oppose Defendant's Seventh Motion in Limine.

2. Prior to filing the instant lawsuit, Mr. Hargrove wrote letters to Jim Strike, AAA's Director of Claims, and others, raising questions about how his claim was being handled relative to certain Kansas statutes and regulations. AAA never responded to these letters.

3. Similarly, Mr. Hargrove wrote a letter of complaint to the Kansas Insurance Department ("K.I.D.") seeking its assistance and in that letter made certain references to provisions of Kansas law that might be applicable to the claim.

4. Plaintiffs believe they are entitled to present evidence of the fact that these communications occurred, including the fact that Mr. Hargrove raised these questions, without offering any testimony in the form of legal conclusions about the applicability of any Kansas laws or regulations to the Hargrove's claim.

Respectfully submitted,

/s/ Jonathan P. Kieffer_____
Thomas P. Cartmell             KS #17020
Jonathan P. Kieffer            KS #18707
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
PH (816) 701-1100   FAX (816) 531-2372

Eugene R. Anderson
Anderson Kill & Olick, P.C.
1251 Avenue Of The Americas
New York, NY  10020
(212) 278-1000
FAX (212) 278-1733

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 18th day of June, 2006 the above and foregoing document was sent via facsimile and electronically filed, and notification of such filing was made by the Court via e-mail to all counsel electronically registered with the Court.

    /s/ Jonathan P. Kieffer
Attorney