<u>CLERK'S COURTROOM MINUTE SHEET</u>

Case No. 05-2009-JWL

**Phillip K. Hargrove and Karen Hargrove,**

**Plaintiffs,**

v.

**Auto Club Family Insurance Company,**

**Defendant.**

Location: Kansas City, Kansas

| | | | |
|---|---|---|---|
| **JUDGE:** | Lungstrum | **DATE:** | June 19, 2006 |
| **DEPUTY CLERK:** | Sharon Scheurer | **TAPE/COURT REPORTER** | Becky Ryder |
| **COUNSEL FOR PLTF.(S):** | Jonathan P. Kieffer | **COUNSEL FOR DEFT.(S):** | David P. Bub |
| | | | Dennis J. Cassidy |

## CLERK'S MINUTES

## LIMINE CONFERENCE

#92 - Defendant's FIRST motion in limine :**DENIED**

#93 - Defendant's SECOND motion in limine: **GRANTED**

#94 - Defendant's THIRD motion in limine**: DENIED**

#95 - Defendant's FOURTH motion in limine**: GRANTED IN PART AND DENIED IN PART**

#96 - Defendant's FIFTH motion in limine **GRANTED**

#97 - Defendant's SIXTH motion in limine: **MOOT**

#98 - Defendant's SEVENTH motion in limine: **GRANTED IN PART and DENIED IN PART**

#99 - Defendant's EIGHTH motion in limine: **DENIED**

#100 - Defendant's NINTH motion in limine: **GRANTED**

#101 - Defendant's TENTH motion in limine: **GRANTED**

#102 - Defendant's ELEVENTH motion in limine: **GRANTED IN PART AND DENIED IN PART**

#103 - Defendant's TWELFTH motion in limine **GRANTED**

#104 - Defendant's THIRTEENTH motion in limine **GRANTED IN PART AND DENIED IN PART**

#105 - Defendant's FOURTEENTH motion in limine **GRANTED IN PART AND DENIED IN PART**

#106 - Defendant's FIFTEENTH motion in limine **GRANTED IN PART AND DENIED IN PART AND TAKEN UNDER ADVISEMENT IN PART**

#109 - Plaintiffs' motion in limine **GRANTED**

#112 - Defendant's motion to exclue testimony from plaintiffs' expert witness, Douglas R. Richmond: **GRANTED**

#113 - Plaintffs' motion in limine to exclude the opinions of defendant's expert witness Michael Sean Quinn under Rules 403 and 702 of the Federal Rules of Evidence: **GRANTED**

**The second limine conference scheduled for June 26, 2006 at 4:00 p.m. is hereby cancelled.**

**The trial in this case which was scheduled for 9:30 a.m. on June 27, 2006 is hereby rescheduled to begin on MONDAY, JUNE 26, 2006 AT 2:00 P.M. for jury selection.**